IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
NOV - 1 2007
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

NOS. 3:07mj 226, 227, 228, 229, 230
3:07mc 134

| | | |
|---|---|---|
| IN RE: APPLICATIONS FOR SEARCH | ) | MOTION TO SEAL |
| WARRANTS, SEIZURE WARRANTS, | ) | |
| AND LIS PENDENS | ) | |

NOW COMES the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, and hereby respectfully moves the Court to seal the above-captioned files containing applications for search warrants, seizure warrants and a lis pendens (affidavit only for lis pendens file), and a supporting affidavit, on the ground that the arrests and related searches and seizures in this matter have not yet been completed.

This the 1st day of November, 2007.

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

WILLIAM A. BRAFFORD
ASSISTANT UNITED STATES ATTORNEY