UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07CR258-W

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>v. )<br> )<br>(1) SALLIE WAMSLEY SAXON )<br>(2) DONALD VERDERY SAXON ) | **FINAL ORDER AND JUDGMENT<br>CONFIRMING FORFEITURE** |

On January 16 and January 28, 2008, this Court entered consent orders and judgments of forfeiture pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon defendants pleas of guilty to Counts One and Seventeen in the bill of indictment. In those counts, defendants were charged with conspiracy under 18 U.S.C. §371 and conspiracy to commit money laundering in violation of 18 U.S.C. §1956(h).

On January 30, 2009, the United States filed a declaration of internet publication of notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within sixty days for a hearing to adjudicate the validity of any alleged legal interest in the property. In addition, the government has filed a Stipulated and Expedited Settlement Agreement made with the holder of a deed of trust on certain real property listed in the consent orders and judgments. It appears from the record that no petitions have been filed.

It is therefore ORDERED:

1. The Stipulated and Expedited Settlement Agreement filed on January 29, 2009, is hereby approved.

2. In accordance with Rule 32.2(c)(2), the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

(a) approximately $55,780 in United States currency seized on or about November 2-5, 2007;

(b) 13 gold coins valued at $10,478.00 and miscellaneous jewelry valued at $37,778.38, seized on or about November 2-5, 2007;

(c) real property located at 5840 Coatbridge Lane, Charlotte, North Carolina, as more particularly described in a deed recorded at Book 15608, Page 20, in the Mecklenburg County Public Registry, subject to the Stipulated and Expedited Settlement Agreement filed herein on January 28, 2009;

(d) approximately $2,352.07, consisting of the following Green Dot card and account balance in the name listed, seized on or about November 2, 2007:

    account #xxxxxxxxxxxx9007    DONALD V. SAXON III;

(e) approximately $464,267.62, consisting of the following Wachovia Securities account balances in the names listed, seized on or about November 2, 2007:

    account #xxxxx4585  SALLIE M. WAMSLEY IRA
    account #xxxxx3826  SALLIE WAMSLEY
    account #xxxxx2591  DONALD V. SAXON IRA
    account #xxxxx9760  SALLIE M. WAMSLEY JT WROS
    account #xxxxx0314  SALLIE M. WAMSLEY SEP IRA;

(f) approximately $146,695.24, consisting of the following SunTrust account balances in the names listed, seized on or about November 2, 2007:

    account #xxxxxxxxx6488    SOFT TOUCH PROMOTIONS INC
    account #xxxxxxxxx5276    SOFT TOUCH PROMOTIONS INC
    account #xxxxxxxxx4792    SOFT TOUCH PROMOTIONS INC
    account #xxxxxxxxx1534    SALLIE M. WAMSLEY;

(g) one 2007 Toyota 4Runner, VIN JTEBU14R678105600, registered to Donald Saxon; and,

(h) a monetary judgment in the amount of $3 million ($3,000,000), which sum represents

proceeds obtained, directly or indirectly, from violation(s) of Title 18, United States Code, as charged in the indictment.

Signed: February 3, 2009

Frank D. Whitney
United States District Judge